## Second Department, June, 1951.

### (June 4, 1951.)

■

A. S. Barnes & Co., Inc., Respondent, v. Remington Optical Corp., Defendant, and Rector, Church Wardens and Vestrymen of Trinity Church in the City of New York (a Corporation) et al., Appellants.— In an action to recover for damage to property as the result of a fire, order granting motion to vacate appellants' notice to examine plaintiff before trial affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

■

Andrew Bielecki, Jr., et al., Infants, by Jean Bielecki, Their Guardian ad Litem, et al., Appellants, v. Triboro Coach Corporation, Respondent.— Action to recover damages for injuries sustained as the result of the alleged negligent operation of a bus and for expenses and loss of services. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

■

Samuel Black, Respondent, v. Paul P. Lazar, Appellant.— Action to recover the sum of $3,500, together with interest, upon two causes of action; the first upon loans aggregating that amount made in the years 1945 and 1946, and the second upon a promissory note in that amount dated February 9, 1950, and payable on April 9, 1950. Defendant moved for reargument of plaintiff's motion for summary judgment which had been granted, and to vacate the judgment entered thereon. The order determining the motion granted reargument but upon such reargument, adhered to the original decision. The defendant appeals from that order. Order modified on the law and the facts so as to provide that the defendant's motion be granted to the extent that the judgment be modified so as to limit the recovery of interest to a sum to be computed commencing from the 9th day of April, 1950. As so modified, the order is unanimously affirmed, with $10 costs and disbursements to appellant. The promissory note upon which the second cause of action is based was in the face amount of $3,500, and it did not provide that interest was to be paid. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

■

John Burger, Respondent, v. Robert G. Kramer et al., Appellants.— In an action by the holder of promissory notes against the makers and indorsers, defendants appeal from an order granting plaintiff's motion for summary judgment and from the judgment entered thereon. Order and judgment of the City Court of the City of White Plains unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.